UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAYMOND BERRY, individually and on behalf of all others similarly situated,

   *Plaintiff*,

Case No. 1:2024-cv-06961

vs.

US STAR TRUCKING, LLC,

   *Defendant*.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Raymond Berry, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: October 15, 2024

                Respectfully Submitted,

                **Shamis & Gentile, P.A.**
                */s/ Andrew J. Shamis*
                Andrew J. Shamis, Esq.
                New York Bar No. 5195185
                ashamis@shamisgentile.com
                14 NE 1st Avenue, Suite 705
                Miami, FL 33132
                Telephone: 305-479-2299

                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

By:    */s/ Andrew J. Shamis*
            Andrew J. Shamis, Esq.
            New York Bar No. 5195185

            *Counsel for Plaintiff*